UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Jeffrey A. Martin                      Case No. 8:14-bk-05057-CPM
                                              Chapter 7

     Debtor.
_____/

## ORDER GRANTING TRUSTEE'S REPORT AND NOTICE TO SELL

THIS CAUSE came on for hearing on June 30, 2014 on the Trustee's Report and Notice of Intent to Sell Non-Exempt Portion of MDM Lakeland, P.A. and MDM of Ellenton, P.A. (Doc. No. 13) and Objection by United States Trustee (Doc. No. 17). Allan C. Watkins, Esq., appeared on behalf of Jeffrey A. Martin, Debtor, Steve Wilkes appeared for United States Trustee, Al Gomez appeared on behalf of MDM of Lakeland. Traci K. Stevenson, Chapter 7 Trustee, and Daniel Gielchinsky, counsel for Bank United, appeared telephonically. For the reasons stated orally and recorded in open court which shall constitute the findings, conclusions, and decision of this Court, it is hereby

**ORDERED** that:

1. The Trustee's Report and Notice of Intent to Sell Non-Exempt Portion of MDM Lakeland, P.A. and MDM of Ellenton, P.A. is granted and she may sell the Debtor's interest in MDM of Lakeland, P.A. and MDM of Ellenton, P.A. to the Debtor for $10,000.00; and

2. The Objection by United States Trustee is overruled.

DONE and ORDERED this ___July 07, 2014_____.

*Catherine M. McEwen*
**CATHERINE PEEK McEWEN**
United States Bankruptcy Judge

Attorney Allan C. Watkins, Esquire, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.